# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LOGICAL SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-03396-CV-S-DPR |
| | ) | |
| AADG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 18, 2020, the Court granted Plaintiff's Request for Partial Stay pending the outcome of arbitration. On August 26, 2020, the Court directed Plaintiff to file a report on the status of the arbitration on or before September 2, 2020, and every 90 days thereafter. Ninety days have passed since Plaintiff filed its last status report. It is therefore **ORDERED** that Plaintiff shall file a report on the status of the arbitration on or before December 11, 2020, and every 90 days thereafter.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 7, 2020