**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LOGICAL SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-03396-CV-S-DPR |
| | ) | |
| AADG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 5, 2021, Plaintiff filed a Report on the Status of the Arbitration, stating that Plaintiff and Defendant AADG, Inc. have reached a settlement agreement. (Doc. 30.) Plaintiff further advised that upon finalization of documents and completion of terms, Plaintiff would be filing dismissals. To date, however, no dismissals have been filed. It is therefore **ORDERED** that on or before April 21, 2021, the parties shall file stipulations of dismissal or Plaintiff shall file an updated status report.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 8, 2021